United States Bankruptcy Court for the:

EASTERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____ Chapter __9__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pushmataha County - City of Antlers Hospital Authority** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-0608064** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **510 East Main Street** **Antlers, OK 74523** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Pushmataha** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.pushhospital.com** |

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify: **Municipality**

Case 16-81001   Doc 1   Filed 09/23/16   Entered 09/23/16 15:33:09   Desc Main
Document   Page 1 of 57

**7.** **Describe debtor's business**

A. *Check one:*

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☑ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☑ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**          *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Case 16-81001    Doc 1    Filed 09/23/16    Entered 09/23/16 15:33:09    Desc Main
Document    Page 3 of 57

▉   **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 23, 2016**
              MM / DD / YYYY

X **/s/ David Smith**                                             **David Smith**
Signature of authorized representative of debtor                 Printed name

Title   **Chairman, Pushmataha County-City of Antlers Hosp. Authority**

---

**18. Signature of attorney**

X **/s/ Jeffrey E. Tate**                          Date   **September 23, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**Jeffrey E. Tate**
Printed name

**Christensen Law Group, P.L.L.C.**
Firm name

**The Parkway Building**
**3401 N.W. 63rd Street**
**Oklahoma City, OK 73116**
Number, Street, City, State & ZIP Code

Contact phone   **405-232-2020**        Email address   **jeffrey@christensenlawgroup.com**

**17150**
Bar number and State

Case 16-81001   Doc 1   Filed 09/23/16   Entered 09/23/16 15:33:09   Desc Main
Document   Page 4 of 57

**Fill in this information to identify the case:**

Debtor name    **Pushmataha County - City of Antlers Hospital Authority**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF OKLAHOMA

Case number (if known)     _____

☐ Check if this is an amended filing

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 23, 2016**     *X* **/s/ David Smith**
                                      Signature of individual signing on behalf of debtor

                                               **David Smith**
                                               Printed name

                                               **Chairman, Pushmataha County-City of Antlers Hosp. Authority**
                                               Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Pushmataha County - City of Antlers Hospital Authority** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF OKLAHOMA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AIRGAS USA LLC 1 WEST CHOCTAW McAlester, OK 74501** | | | | | | $24,579.42 |
| **AT&T PO BOX 5001 Carol Stream, IL 60197** | | | | | | $101,790.87 |
| **ATOKA COUNTY MEDICAL CENTER PO BOX 1107 Atoka, OK 74525** | | | | | | $295,385.83 |
| **BKD LLP 6120 S YALE AVE SUITE 1400 Tulsa, OK 74136** | | | | | | $31,665.15 |
| **CONNER AND WINTERS LLP 400 ONE WILLIAMS CENTER Tulsa, OK 74172** | | | | | | $36,827.94 |
| **CPSI 6600 WALL STREET Mobile, AL 36695** | | | | | | $54,908.09 |
| **CROWE AND DUNLEVY 324 N ROBINSON AVE STE 100 Oklahoma City, OK 73102** | | | | | | $38,795.90 |
| **EMPLOYEES GROUP INSURANCE PO BOX 269022 Oklahoma City, OK 73126** | | | | | | $36,391.80 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GE MEDICAL SYSTEMS PO BOX 843553 Dallas, TX 75284 | | | | | | $50,066.63 |
| HEARTLAND PATHOLOGY CONSULTANT PO BOX 26343 Oklahoma City, OK 73126 | | | | | | $37,494.18 |
| HOSPIRA WORLDWIDE INC 75 REMITTANCE DRIVE SUITE 6136 Chicago, IL 60675 | | | | | | $27,586.83 |
| INTERNAL REVENUE SERVICE PO BOX 37941 Hartford, CT 06176-7941 | | | Disputed | | | $65,000.00 |
| LEGACY THERAPY RT 1 BOX 1330 Antlers, OK 74523 | | | | | | $57,999.96 |
| OK EMPLOYMENT SECURITY COMMISSION PO BOX 52004 Oklahoma City, OK 73152-2004 | | | | | | $44,669.55 |
| OK HEALTH CARE ASSOCIATION PREMIUM LOCK BOX PO BOX 2038 Oklahoma City, OK 73101 | | | | | | $35,457.24 |
| OLYMPUS AMERICA INC 3500 CORPORATE PARKWAY Center Valley, PA 18034 | | | | | | $225,213.88 |
| OLYMPUS FINANCIAL SERVICE PO BOX 200183 Pittsburgh, PA 15251-0183 | | | | | | $151,957.46 |
| PTR HEALTHCARE MANAGEMENT SOLUTIONS, LLC 261 WEST HWY 3 Atoka, OK 74525 | | | | | | $139,679.68 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ROWLAND FLATT CLINIC 603 NE 2ND STREET Antlers, OK 74523** | | | | | | **$1,464,415.03** |
| **SOUTHEASTERN EMERGENCY SERVICE 1201 E JACKSON Hugo, OK 74743** | | | | | | **$270,000.00** |

**Fill in this information to identify the case:**

Debtor name    **Pushmataha County - City of Antlers Hospital Authority**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **FIRSTBANK ANTLERS** | Describe debtor's property that is subject to a lien | **$402,096.12** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO BOX 458**
**Antlers, OK 74523**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
   ■ No
   ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
   ■ No
   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
   ■ No
   ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

| 2.2 | **FIRSTBANK ATOKA** | Describe debtor's property that is subject to a lien | **$200,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**701 S MISSISSIPPI**
**Atoka, OK 74525**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
   ■ No
   ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
   ■ No
   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **INTERBANK** | Describe debtor's property that is subject to a lien | **$2,372,890.43** | **Unknown** |
| | Creditor's Name | | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **USDA** | Describe debtor's property that is subject to a lien | **$2,885,961.52** | **Unknown** |
| | Creditor's Name | | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$5,860,948.07** |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **C H WYATT JR**<br>**309 S RANCHWOOD BLVD**<br>**PO BOX 851220**<br>**Yukon, OK 73085** | Line __2.4__ | |
| **C H WYATT JR**<br>**309 S RANCHWOOD BLVD**<br>**PO BOX 851220**<br>**Yukon, OK 73085** | Line __2.3__ | |
| **ROBERT LUTTRELL III**<br>**211 N ROBINSON**<br>**SUITE 1000**<br>**TWO LEADERSHIP SQUARE 10TH FLOOR**<br>**Oklahoma City, OK 73102** | Line __2.4__ | |
| **ROBERT LUTTRELL III**<br>**211 N ROBINSON**<br>**SUITE 1000**<br>**TWO LEADERSHIP SQUARE 10TH FLOOR**<br>**Oklahoma City, OK 73102** | Line __2.3__ | |

Fill in this information to identify the case:

Debtor name **Pushmataha County - City of Antlers Hospital Authority**

United States Bankruptcy Court for the: EASTERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,550.10** |
|---|---|---|---|

**ADMINISTRATIVE CONSULTANT SERVICES
LLC
PO BOX 3368
Shawnee, OK 74802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,400.00** |
|---|---|---|---|

**ADVANCED MOLECULAR DIAGNOSTICS
535 EAST CRESENT AVENUE
Ramsey, NJ 07446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,579.42** |
|---|---|---|---|

**AIRGAS USA LLC
1 WEST CHOCTAW
McAlester, OK 74501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**ALBERT C WITT JR
5275 LAWRENCE 1225
Ash Grove, MO 65604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    50093                    Best Case Bankruptcy

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,300.80 |
|---|---|---|---|

**ALERE NORTH AMERICA INC**
PO BOX 846153
Boston, MA 02284-6153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.32 |
|---|---|---|---|

**ALL PHASE BUSINESS INC**
1920 E GLADWICK STREET
RANCHO DOMINQUEZ, CA 90220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $618.98 |
|---|---|---|---|

**ALLIANCE COMMUNICATION**
PO BOX 9090
Tyler, TX 75711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $501.59 |
|---|---|---|---|

**ALLIANCE HEALTH**
1800 W UNIVERSITY BLVD
Durant, OK 74701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $926.04 |
|---|---|---|---|

**ALLSTATE CANCER ACCIDENT**
PO BOX 650514
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.50 |
|---|---|---|---|

**AMANDA BREWER**
575 E BLACKJACK
Atoka, OK 74525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $454.96 |
|---|---|---|---|

**AMBU INC**
PO BOX 64118
Baltimore, MD 21264-4118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.00 |
|---|---|---|---|

**AMERICAN ASSOCIATION OF BIOANA**
**205 WEST LEVEE STREET**
**Brownsville, TX 78520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,315.00 |
|---|---|---|---|

**AMERICAN HOSPITAL ASSOCIATION**
**PO BOX 92247**
**CHICAGO, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,546.50 |
|---|---|---|---|

**AMN HEALTHCARE INC**
**FILE 56157**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,940.00 |
|---|---|---|---|

**ANESTHESIA SERVICES INC**
**1821 N CLASSEN BLVD SUITE 100**
**Oklahoma City, OK 73106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.80 |
|---|---|---|---|

**ANTHEM BLUE CROSS**
**PO BOX 70000**
**Van Nuys, CA 91470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.80 |
|---|---|---|---|

**ANTLERS AMERICA**
**PO BOX 578**
**Antlers, OK 74523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504.74 |
|---|---|---|---|

**ANTLERS HARDWARE**
**103 N HIGH ST**
**Antlers, OK 74523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$447.74** |
|------|---|---|---|

**ANTLERS PHARMACY**
**PO BOX 487**
**Antlers, OK 74523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,798.10** |
|------|---|---|---|

**ANTLERS PUBLIC WORKS**
**100 S E 2ND STREET**
**Antlers, OK 74523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$404.30** |
|------|---|---|---|

**ANTLERS ROOF AND TRUST CO**
**1010 N E 5TH STREET**
**Antlers, OK 74523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,001.50** |
|------|---|---|---|

**ARMSTRONG MEDICAL INDUSTRIES**
**575 KNIGHTBRIDGE PARKWAY**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39.62** |
|------|---|---|---|

**ARROW MACHINERY CO**
**121 MARTIN LUTHER KING AVE**
**Oklahoma City, OK 73117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$113.37** |
|------|---|---|---|

**AT&T**
**PO BOX 105068**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$101,790.87** |
|------|---|---|---|

**AT&T**
**PO BOX 5001**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 16-81001    Doc 1    Filed 09/23/16    Entered 09/23/16 15:33:09    Desc Main
Document      Page 15 of 57

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.86 |
|---|---|---|---|

**AT&T**
**PO BOX 105068**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,642.13 |
|---|---|---|---|

**AT&T**
**PO BOX 5001**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,631.46 |
|---|---|---|---|

**AT&T LONG DISTANCE**
**PO BOX 5017**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.62 |
|---|---|---|---|

**AT&T WIRELESS**
**PO BOX 537104**
**Atlanta, GA 30353-7104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,232.00 |
|---|---|---|---|

**ATCO INTERNATIONAL ATTN ACCT REC**
**1401 BARCLAY CIRCLE, SE**
**MARIETTA, GA 03006-0250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295,385.83 |
|---|---|---|---|

**ATOKA COUNTY MEDICAL CENTER**
**PO BOX 1107**
**Atoka, OK 74525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,237.30 |
|---|---|---|---|

**AUREUS RADIOLOGY LLC**
**PO BOX 3037**
**Omaha, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $593.25 |
|---|---|---|---|

**BANCFIRST**
**501 E CARL ALBERT PKWY**
**McAlester, OK 74501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,584.22 |
|---|---|---|---|

**BECKMAN COULTER INC**
**DEPT CH 10164**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,793.34 |
|---|---|---|---|

**BIO RAD LABORATORIES INC CLINICAL DIAG**
**DEPT 9740**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,198.83 |
|---|---|---|---|

**BIOMERIEUX VITEK INC**
**PO BOX 500308**
**Saint Louis, MO 63150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,665.15 |
|---|---|---|---|

**BKD LLP**
**6120 S YALE AVE SUITE 1400**
**Tulsa, OK 74136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $899.95 |
|---|---|---|---|

**BRENTS HEAT AND AIR**
**HC 83 BOX 125**
**Antlers, OK 74523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.14 |
|---|---|---|---|

**BRIGGS CORPORATION**
**PO BOX 1355**
**Des Moines, IA 50305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|
| | **BRUMMITT AND ASSOCIATES INC**<br>**4418 MONTECELLO PLACE**<br>**Enid, OK 73703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $361.69 |
|---|---|---|---|
| | **BUDDYS PLUMBING APPLIANCE**<br>**114 E MAIN STREET**<br>**Antlers, OK 74523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $504.00 |
|---|---|---|---|
| | **BYTESPEED**<br>**3131 24TH AVE S**<br>**MOOREHEAD, MN 56560** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,174.09 |
|---|---|---|---|
| | **CARDINAL HEALTH DALLAS DIVISION**<br>**PO BOX 847384**<br>**Dallas, TX 75284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,750.00 |
|---|---|---|---|
| | **CARE LEARNING**<br>**6820 DEERPATH ROAD**<br>**Elkridge, MD 21075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $510.18 |
|---|---|---|---|
| | **CAREFUSION**<br>**25146 NETWORK PLACE**<br>**Chicago, IL 60673-1250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,919.30 |
|---|---|---|---|
| | **CARESTREAM HEALTH INC**<br>**DEPT CH 19286**<br>**Palatine, IL 60055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41.62** |
|---|---|---|---|
| | **CARQUEST AUTO PARTS**<br>**604 EAST MAIN**<br>**Antlers, OK 74523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,468.44** |
|---|---|---|---|
| | **CDW GOVERNMENT INC**<br>**75 REMITTANCE DRIVE SUITE 1515**<br>**Chicago, IL 60675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **CECILIA SUTTERFIELD PERSONAL REP**<br>**CO JON ED BROWN**<br>**102 WEST JACKSON STREET**<br>**Hugo, OK 74743** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$254.69** |
|---|---|---|---|
| | **CENTERPOINT ENERGY SERVICES INC**<br>**PO BOX 301149**<br>**Dallas, TX 75303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$77.00** |
|---|---|---|---|
| | **CHARLOTTE MCANALLY**<br>**155 N 4325 RD**<br>**Hugo, OK 74743** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$181.23** |
|---|---|---|---|
| | **CHEMSEARCH**<br>**PO BOX 971269**<br>**Dallas, TX 75397** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,893.21** |
|---|---|---|---|
| | **CHOCTAW MEMORIAL HOSPITAL**<br>**1405 EAST KIRK**<br>**Hugo, OK 74743** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,402.00 |
|---|---|---|---|

**CLIA LABORATORY PROGRAM**
**PO BOX 530882**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**CNA SURETY**
**PO BOX 802876**
**600, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,638.29 |
|---|---|---|---|

**COBRA ONE**
**1350 SOUTH BOULDER SUITE 300**
**Tulsa, OK 74119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**COMPLIANCE CONSULTANTS**
**67 EARNHARDT CIRCLE**
**Cabot, AR 72023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,827.94 |
|---|---|---|---|

**CONNER AND WINTERS LLP**
**400 ONE WILLIAMS CENTER**
**Tulsa, OK 74172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $816.49 |
|---|---|---|---|

**COOK MEDICAL INC**
**22988 NETWORK PLACE**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,217.18 |
|---|---|---|---|

**COOPER SURGICAL**
**PO BOX 712280**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $54,908.09 |
|---|---|---|---|
| | **CPSI**<br>**6600 WALL STREET**<br>**Mobile, AL 36695** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $38,795.90 |
|---|---|---|---|
| | **CROWE AND DUNLEVY**<br>**324 N ROBINSON AVE STE 100**<br>**Oklahoma City, OK 73102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,330.00 |
|---|---|---|---|
| | **DANIEL O ROWLAND**<br>**1201 E JACKSON**<br>**Hugo, OK 74743** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,264.00 |
|---|---|---|---|
| | **DANWELL COMPANIES**<br>**PO BOX 5304**<br>**Durant, OK 74702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,615.72 |
|---|---|---|---|
| | **DELTA DENTAL**<br>**PO BOX 960020**<br>**Oklahoma City, OK 73196** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $90.00 |
|---|---|---|---|
| | **DEYTA**<br>**7400 NEW LAGRANGE ROAD SUITE 200**<br>**Louisville, KY 40222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,074.00 |
|---|---|---|---|
| | **DIAGNOSTIC IMAGING ASSOC**<br>**4500 S GARNETT STE 919**<br>**Tulsa, OK 74146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $102.00 |
|---|---|---|---|
| | **DIAGNOSTIC IMAGING ASSOCIATES INC**<br>PO BOX 973038<br>Dallas, TX 75397 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $444.88 |
|---|---|---|---|
| | **DIRECT SUPPLY**<br>BOX 88201<br>Milwaukee, WI 53288 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $461.07 |
|---|---|---|---|
| | **DJO LLC**<br>PO BOX 650777<br>Dallas, TX 75265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $9,600.00 |
|---|---|---|---|
| | **DURANT ANESTHESIA ASSOC**<br>PO BOX 5125<br>Durant, OK 74702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $1,704.86 |
|---|---|---|---|
| | **EDWARD SLOAN AND ASSOCIATES**<br>PO BOX 788<br>Winnsboro, TX 75494 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $4,000.00 |
|---|---|---|---|
| | **EDWIN FRENCH ELLIS**<br>PO BOX 277<br>Antlers, OK 74523 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $5,312.52 |
|---|---|---|---|
| | **ELECTRONIC DICTATION OF TULSA INC**<br>9717 E 42ND ST STE 142<br>Tulsa, OK 74146 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,391.80 |
|---|---|---|---|

**EMPLOYEES GROUP INSURANCE**
PO BOX 269022
Oklahoma City, OK 73126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**ESOLUTIONS INC CO BESSENDACHER COMM**
PO BOX 480108
Kansas City, MO 64148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ESTATE OF PHILLIP CHAMBERS**
CO JON ED BROWN
102 WEST JACKSON STREET
Hugo, OK 74743

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $711.20 |
|---|---|---|---|

**ESTES EXPRESS LINES**
PO BOX 25612
Richmond, VA 23260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|---|---|---|---|

**ETHEL M HAUGEN**
2128 N 14TH STREET 1
BOX 267
Ponca City, OK 74601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**FARM BUREAU MUTUAL INSURANCE COMPANY**
BOX 53332
Oklahoma City, OK 73152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,824.96 |
|---|---|---|---|

**FASTHEALTH CORPORATION**
1001 23RD AVE SUITE C
Tuscaloosa, AL 35401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pushmataha County - City of Antlers Hospital Authority** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $167.99 |
|---|---|---|---|

**FEDEX**
**PO BOX 660481**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,168.00 |
|---|---|---|---|

**FIRST INSURANCE AN AFFILIATE OF FIRST BA**
**PO BOX 960**
**ATOKA, OK 74525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $931.05 |
|---|---|---|---|

**FIRSTBANK ANTLERS**
**PO BOX 458**
**Antlers, OK 74523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,568.95 |
|---|---|---|---|

**FISHER HEALTHCARE ACCT 5151710001**
**PO BOX 404705**
**Atlanta, GA 30384-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,483.53 |
|---|---|---|---|

**FIVE STAR OFFICE SUPPLY**
**127 W MAIN**
**Durant, OK 74701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.29 |
|---|---|---|---|

**GCX CORPORATION**
**PO BOX 1410**
**Suisun City, CA 94585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,737.16 |
|---|---|---|---|

**GE HEALTHCARE**
**PO BOX 641419**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,066.63 |
|---|---|---|---|

**GE MEDICAL SYSTEMS**
PO BOX 843553
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247.80 |
|---|---|---|---|

**GE MEDICAL SYSTEMS**
5517 COLLECTIONS CENTER DR
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.09 |
|---|---|---|---|

**GLOBAL EQUIPMENT CO**
PO BOX 905713
Charlotte, NC 28290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $303.88 |
|---|---|---|---|

**GLOBAL GOVT ED SYX SERVICES**
PO BOX 442949
Miami, FL 33144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**GRIFFIN COMMUNICATIONS**
PO BOX 160
Point, TX 75472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**HEALTHCARE FIRST**
PO BOX 202975
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,394.18 |
|---|---|---|---|

**HEALTHCARE LOGISTICS**
PO BOX 400
Circleville, OH 43113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**HEARTLAND PATHOLOGY CONSULTANT**<br>PO BOX 26343<br>Oklahoma City, OK 73126 | **$37,494.18** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address**<br>**HILL ROM**<br>PO BOX 643592<br>Pittsburgh, PA 15264 | **$31.16** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address**<br>**HMS HEALTH LLC**<br>740 SPIRIT 40 PARK DRIVE<br>Chesterfield, MO 63005 | **$944.75** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.99 | **Nonpriority creditor's name and mailing address**<br>**HOSPIRA WORLDWIDE INC**<br>75 REMITTANCE DRIVE SUITE 6136<br>Chicago, IL 60675 | **$27,586.83** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.100 | **Nonpriority creditor's name and mailing address**<br>**INTERNAL REVENUE SERVICE**<br>PO BOX 37941<br>Hartford, CT 06176-7941 | **$65,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address**<br>**IPFS CORPORATION**<br>PO BOX 730223<br>Dallas, TX 75373-0223 | **$5.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address**<br>**JASON MARONEY**<br>PO BOX 175<br>Finley, OK 74543 | **$50.60** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,166.00 |
| | **JETSCRIBE SOUTHEASTERN RADIO** | ☐ Contingent |
| | 215 E CHOCTAW STE 103 | ☐ Unliquidated |
| | McAlester, OK 74501 | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $765.40 |
| | **JOHNSON & JOHNSON HEALTH CARE SYSTEMS** | ☐ Contingent |
| | 5972 COLLECTIONS CTR DR | ☐ Unliquidated |
| | Chicago, IL 60693 | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $24.20 |
| | **KANION JONES** | ☐ Contingent |
| | 413 S DOK RD | ☐ Unliquidated |
| | Lane, OK 74555 | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $13,467.88 |
| | **LABCORP** | ☐ Contingent |
| | PO BOX 12140 | ☐ Unliquidated |
| | Burlington, NC 27216-2140 | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $7,900.00 |
| | **LABORATORY SUPPLY CO** | ☐ Contingent |
| | 1951 BISHOP LANE | ☐ Unliquidated |
| | SUITE 300 | ☐ Disputed |
| | Louisville, KY 40218 | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $843.41 |
| | **LANDAUER INC** | ☐ Contingent |
| | PO BOX 809051 | ☐ Unliquidated |
| | Chicago, IL 60680-9051 | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $57,999.96 |
| | **LEGACY THERAPY** | ☐ Contingent |
| | RT 1 BOX 1330 | ☐ Unliquidated |
| | Antlers, OK 74523 | ☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $621.46 |
|---|---|---|---|
| | **MAILFINANCE**<br>**25881 NETWORK PLACE**<br>**Chicago, IL 60673-1258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $335.39 |
|---|---|---|---|
| | **MAINE STANDARDS**<br>**765 ROOSEVELT TRAIL**<br>**SUITE 9A**<br>**Windham, ME 04062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $759.58 |
|---|---|---|---|
| | **MCALESTER NEWS CAPITAL**<br>**PO BOX 987**<br>**McAlester, OK 74502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,907.50 |
|---|---|---|---|
| | **MED TECH SOLUTIONS**<br>**1116 S 129 EAST AVENUE**<br>**Tulsa, OK 74108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,827.44 |
|---|---|---|---|
| | **MEDISCRIBES INC**<br>**12806 TOWNEPARK WAY**<br>**Louisville, KY 40243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $876.52 |
|---|---|---|---|
| | **MEDIVATORS INC**<br>**14605 28TH AVENUE NORTH**<br>**Minneapolis, MN 55447-4822** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,625.19 |
|---|---|---|---|
| | **MEDLINE INDUSTRIES**<br>**DEPT 1080**<br>**PO BOX 121080**<br>**Dallas, TX 75312-1080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,598.61 |
|---|---|---|---|

**METROPOLITAN TELECOMMUNICATION**
PO BOX 9660
Manchester, NH 03108-9660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**MICHAEL B EARLS & KRISTINA**
PO BOX 1033
JENKS, OK 74137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $295.00 |
|---|---|---|---|

**MILLER OFFICE EQUIPMENT**
900 E WYANDOTTE
McAlester, OK 74501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,160.70 |
|---|---|---|---|

**MINDRAY DS US INC**
ATTN ELLIOT SILVER
190 SYLVAN AVENUE
Englewood Cliffs, NJ 07632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,088.11 |
|---|---|---|---|

**MUTUAL OF OMAHA - POLICYHOLDER SERVICE**
PO BOX 2147
Omaha, NE 68103-2147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,970.47 |
|---|---|---|---|

**MYHEALTH ACCESS NETWORK**
ATTN DENISE DENNIS
16 E 16 STREET
SUITE 405
Tulsa, OK 74119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**NATIONAL ASSOCIATION OF CPSI CLIENTS INC**
REESE BAKER
520 WEST GUM STREET
Marion, KY 42064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,951.56 |

**NATIONAL RESEARCH CORP**
**PO BOX 809030**
**Chicago, IL 60680-9030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**NEOPOST USA INC**
**25880 NETWORK PLACE**
**Chicago, IL 60673-1258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $243.26 |
|---|---|---|---|

**NETWORK SERVICES COMPANY**
**LOCKBOX 231805**
**1805 MOMENTUM PLACE**
**Chicago, IL 60689-5318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,768.73 |
|---|---|---|---|

**NUMED INC**
**PO BOX 1098**
**Denton, TX 76202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $312.30 |
|---|---|---|---|

**OFFICE EQUIPMENT CENTER**
**PO BOX 1246**
**Paris, TX 75461-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65.06 |
|---|---|---|---|

**OHLIN SALES INC.**
**6024 CULLIGAN WAY**
**Minnetonka, MN 55345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44,669.55 |
|---|---|---|---|

**OK EMPLOYMENT SECURITY COMMISSION**
**PO BOX 52004**
**Oklahoma City, OK 73152-2004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,457.24 |
|---|---|---|---|

**OK HEALTH CARE ASSOCIATION**
**PREMIUM LOCK BOX**
**PO BOX 2038**
**Oklahoma City, OK 73101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**OK STATE DEPT OF HEALTH**
**ATTN FINANCIAL MGMT-RECEIPTING UNIT**
**PO BOX 268823**
**Oklahoma City, OK 73126-8816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,016.94 |
|---|---|---|---|

**OKLAHOMA ASSOC OF HEALTH CARE**
**200 NE 28TH**
**Oklahoma City, OK 73105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,335.00 |
|---|---|---|---|

**OKLAHOMA BLOOD INSTITUTE**
**DEPT 96 0115**
**Oklahoma City, OK 73196-0115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**OKLAHOMA DEPT OF LABOR**
**3017 N STILES SUITE 100**
**Oklahoma City, OK 73105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,122.00 |
|---|---|---|---|

**OKLAHOMA HOSPITAL ASSOCIATION**
**DEPT 96 0298**
**Oklahoma City, OK 73196-0298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154.50 |
|---|---|---|---|

**OKLAHOMA LABOR LAW POSTER SERV**
**5830 NW EXPRESSWAY NO. 211**
**Oklahoma City, OK 73132-5239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $958.75 |
|---|---|---|---|

**OKLAHOMA NATURAL GAS**
**ATTN DT O**
**PO BOX 401**
**Oklahoma City, OK 73101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $225,213.88 |
|---|---|---|---|

**OLYMPUS AMERICA INC**
**3500 CORPORATE PARKWAY**
**Center Valley, PA 18034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $151,957.46 |
|---|---|---|---|

**OLYMPUS FINANCIAL SERVICE**
**PO BOX 200183**
**Pittsburgh, PA 15251-0183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $312.30 |
|---|---|---|---|

**OLYMPUS MEDICAL**
**5900 FIRST SO**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,314.00 |
|---|---|---|---|

**OPTIMUM ENERGY SOLUTIONS INC**
**PO BOX 23678**
**Oklahoma City, OK 73123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $432.95 |
|---|---|---|---|

**OPTUM**
**PO BOX 88050**
**Chicago, IL 60680-1050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $912.71 |
|---|---|---|---|

**OPTUMINSIGHT**
**BOX 88227**
**Milwaukee, WI 53288-0227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,831.78 |
|---|---|---|---|
| | **ORTHO CLINICAL DIAGNOSTIC** | ☐ Contingent | |
| | **LOCK BOX 10** | ☐ Unliquidated | |
| | **PO BOX 406663** | ☐ Disputed | |
| | **Atlanta, GA 30384-6663** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,303.46 |
|---|---|---|---|
| | **OWENS & MINOR** | ☐ Contingent | |
| | **PO BOX 841420** | ☐ Unliquidated | |
| | **Dallas, TX 75284-1420** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42.48 |
|---|---|---|---|
| | **OZARKA WATER** | ☐ Contingent | |
| | **217 NORTH HIGH STREET** | ☐ Unliquidated | |
| | **Antlers, OK 74523** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $444.99 |
|---|---|---|---|
| | **PACIFIC MEDICAL LLC** | ☐ Contingent | |
| | **REPAIRS AND EQUIPMENT** | ☐ Unliquidated | |
| | **32981 CALLE PERFACTO** | ☐ Disputed | |
| | **San Juan Capistrano, CA 92675** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $213.89 |
|---|---|---|---|
| | **PAGE PLUS** | ☐ Contingent | |
| | **10222 E 41ST STREET** | ☐ Unliquidated | |
| | **Tulsa, OK 74146** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $175.00 |
|---|---|---|---|
| | **PANSONIC NORTH AMERICA** | ☐ Contingent | |
| | **1300 MICHEAL DRIVE** | ☐ Unliquidated | |
| | **SUITE A** | ☐ Disputed | |
| | **Wood Dale, IL 60191** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,266.47 |
|---|---|---|---|
| | **PARTS SOURCE** | ☐ Contingent | |
| | **777 LENA DRIVE** | ☐ Unliquidated | |
| | **Aurora, OH 44202** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,010.00 |
|---|---|---|---|

**PENDERGRAPH SYSTEMS INC.**
6916 E 12TH STREET
Tulsa, OK 74112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,725.35 |
|---|---|---|---|

**PHYSICIAN SALES & SERVICES**
3125 N GREAT SOUTHWEST PARKWAY
SUITE 200
Grand Prairie, TX 75050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.83 |
|---|---|---|---|

**PRECISION DYNAMICS CORP**
4193 SOLUTIONS CENTER
CHICAGO, IL 60677-4001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $458.21 |
|---|---|---|---|

**PRUETT'S CUT RATE PHARMACY**
906 E MAIN STREET
ANTLERS, OK 74523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,881.89 |
|---|---|---|---|

**PRUETT'S FOOD STORE**
1002 E MAIN
Antlers, OK 74523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139,679.68 |
|---|---|---|---|

**PTR HEALTHCARE MANAGEMENT SOLUTIONS, LLC**
261 WEST HWY 3
Atoka, OK 74525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,989.88 |
|---|---|---|---|

**PUBLIC SERVICE COMPANY OF OKLAHOMA**
PO BOX 24421
Canton, OH 44701-4421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|
| | **PUSHMATAHA COUNTY CHAMBER OF COMMERCE**<br>**PO BOX 25**<br>**Atoka, OK 74525** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|
| | **PUSHMATAHA COUNTY HEALTH DEPT**<br>**318 WEST MAIN STREET**<br>**Antlers, OK 74523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.40 |
|---|---|---|---|
| | **PUSHMATAHA FAMILY MEDICAL**<br>**1020 LAWSON BLVD**<br>**Clayton, OK 74536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.71 |
|---|---|---|---|
| | **PUSHMATAHA HOSPITAL**<br>**510 E MAIN STREET**<br>**Antlers, OK 74523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|
| | **QUALITY RX CONSULTING**<br>**PO BOX 1184**<br>**Atoka, OK 74525** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.43 |
|---|---|---|---|
| | **RELIANT MEDICAL SERVICES**<br>**2620 W 15TH COURT**<br>**Pompano Beach, FL 33069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,408.00 |
|---|---|---|---|
| | **RESOURCE ONE**<br>**PO BOX 4830**<br>**Tulsa, OK 74159-4830** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**RICHIE BLEVINS**
**PO BOX 556**
**Antlers, OK 74523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,464,415.03 |
|---|---|---|---|

**ROWLAND FLATT CLINIC**
**603 NE 2ND STREET**
**Antlers, OK 74523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $748.14 |
|---|---|---|---|

**SHRED IT**
**PO BOX 731238**
**Dallas, TX 75373-1238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,955.64 |
|---|---|---|---|

**SIMPLEX GRINNELL LP**
**DEPT CH 10320**
**Palatine, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,886.00 |
|---|---|---|---|

**SMITH MEDICAL EQUIPMENT INC**
**2014 HIDDEN PARK ROAD**
**FORT SMITH, AR 72916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270,000.00 |
|---|---|---|---|

**SOUTHEASTERN EMERGENCY SERVICE**
**1201 E JACKSON**
**Hugo, OK 74743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**SOUTHWEST TEST & BALANCE**
**200 NW 132ND STREET**
**Oklahoma City, OK 73114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,388.89 |
|---|---|---|---|

**SPECTRON CORPORATION**
**FOX PLAZA SUITE 650**
**5416 SOUTH YALE**
**Tulsa, OK 74135-6244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,241.00 |
|---|---|---|---|

**SSM HEALTHCARE OF OKLAHOMA INC**
**7106 SOLUTION CENTER**
**Chicago, IL 60677-7001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**STAMPER PERRIN PLLC**
**PO BOX 100**
**Antlers, OK 74523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,136.58 |
|---|---|---|---|

**STAPLES ADVANTAGE**
**PO BOX 71217**
**Chicago, IL 60694-1217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,623.03 |
|---|---|---|---|

**STERICYCLE INC**
**PO BOX 6575**
**Carol Stream, IL 60197-6575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.96 |
|---|---|---|---|

**STRYKER ENDOSCOPY SUPPLIES**
**STRYKER SALES CORPORATION**
**PO BOX 93276**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $132.07 |
|---|---|---|---|

**TEXASIA CORPORATION**
**PO BOX 1443**
**Atoka, OK 74525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $430.90 |
|---|---|---|---|

**3.180**

**Nonpriority creditor's name and mailing address**
**THE AUTO PARTS STORE**
**118 EAST MAIN**
**ANTLERS, OK 74523**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$430.90**

---

**3.181**

**Nonpriority creditor's name and mailing address**
**THE DALLAS MARKETING GROUP**
**12221 MERIT DRIVE**
**SUITE 850**
**Dallas, TX 75251**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,216.80**

---

**3.182**

**Nonpriority creditor's name and mailing address**
**THE HARTFORD**
**PO BOX 660916**
**Dallas, TX 75266-0916**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$726.00**

---

**3.183**

**Nonpriority creditor's name and mailing address**
**THE PHONE SPECIALIST**
**24084 NCR 3387**
**Stratford, OK 74872**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$325.00**

---

**3.184**

**Nonpriority creditor's name and mailing address**
**TIPPS ELECTRICAL SERVICES**
**PO BOX 237**
**Antlers, OK 74523**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$335.70**

---

**3.185**

**Nonpriority creditor's name and mailing address**
**TOUCHSTONE COMMUNICATIONS**
**PO BOX 27772**
**Newark, NJ 07101-7772**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$221.35**

---

**3.186**

**Nonpriority creditor's name and mailing address**
**TRANE US INC**
**PO BOX 845053**
**Dallas, TX 75284-5053**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$9,430.29**

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
| --- | --- | --- | --- |
| | UNIVERSAL LICENSING SE<br>4401 A CONNETICUT AVE NW<br>NO 232<br>Washington, DC 20008-2358 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.38 |
| --- | --- | --- | --- |
| | UPS<br>SYNTER RESOURCE GROUP LLC<br>PO BOX 63247<br>North Charleston, SC 29419-3247 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $947.29 |
| --- | --- | --- | --- |
| | US ENDOSCOPY<br>5976 HEISLEY ROAD<br>Mentor, OH 44060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,315.59 |
| --- | --- | --- | --- |
| | US FOODSERVICE<br>OKLAHOMA DIVISION<br>PO BOX 973118<br>Dallas, TX 75397-3118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $538.74 |
| --- | --- | --- | --- |
| | WELLS FARGO FINANCIAL LEASING<br>PO BOX 6434<br>Carol Stream, IL 60197-6434 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,463.27 |
| --- | --- | --- | --- |
| | WERFEN USA LLC<br>PO BOX 347934<br>Pittsburgh, PA 15251-4934 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,003.34 |
| --- | --- | --- | --- |
| | WINDSTREAM COMMUNICATIONS<br>PO BOX 9001950<br>Louisville, KY 40290-1950 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247.66 |

**ZEP MANUFACTURING COMPANY**
PO BOX 841508
Dallas, TX 75284-1508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ELI SARFATY**<br>**1 NORTH SHERRI LANE**<br>**Wesley Hills, NY 10977** | Line **3.2**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **JASON MCCART**<br>**101 PARK AVENUE**<br>**SUITE 1010**<br>**Oklahoma City, OK 73102** | Line **3.88**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **JASON MCCART**<br>**101 PARK AVENUE**<br>**SUITE 1010**<br>**Oklahoma City, OK 73102** | Line **3.99**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **MARK R REENTS - SPECTRON CORP**<br>**5416 S YALE AVE**<br>**SUITE 600**<br>**Tulsa, OK 74135** | Line **3.173**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **REBECCA J PRICE**<br>**515 HAMILTON STREET**<br>**SUITE 502**<br>**Allentown, PA 18101** | Line **3.139**<br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,690,907.66 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 3,690,907.66 |

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re __Pushmataha County - City of Antlers Hospital Authority__

Debtor(s)

Case No. _____

Chapter __9__

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman, Pushmataha County-City of Antlers Hosp. Authority of the Municipality named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __September 23, 2016__

__/s/ David Smith__

__David Smith__/__Chairman, Pushmataha County-City of Antlers Hosp. Authority__

Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

ADMINISTRATIVE CONSULTANT SERVICES LLC
PO BOX 3368
Shawnee, OK 74802

ADVANCED MOLECULAR DIAGNOSTICS
535 EAST CRESENT AVENUE
Ramsey, NJ 07446

AIRGAS USA LLC
1 WEST CHOCTAW
McAlester, OK 74501

ALBERT C WITT JR
5275 LAWRENCE 1225
Ash Grove, MO 65604

ALERE NORTH AMERICA INC
PO BOX 846153
Boston, MA 02284-6153

ALL PHASE BUSINESS INC
1920 E GLADWICK STREET
RANCHO DOMINQUEZ, CA 90220

ALLIANCE COMMUNICATION
PO BOX 9090
Tyler, TX 75711

ALLIANCE HEALTH
1800 W UNIVERSITY BLVD
Durant, OK 74701

ALLSTATE CANCER ACCIDENT
PO BOX 650514
Dallas, TX 75265

AMANDA BREWER
575 E BLACKJACK
Atoka, OK 74525

AMBU INC
PO BOX 64118
Baltimore, MD 21264-4118

AMERICAN ASSOCIATION OF BIOANA
205 WEST LEVEE STREET
Brownsville, TX 78520

AMERICAN HOSPITAL ASSOCIATION
PO BOX 92247
CHICAGO, IL 60675

AMN HEALTHCARE INC
FILE 56157
Los Angeles, CA 90074

ANESTHESIA SERVICES INC
1821 N CLASSEN BLVD SUITE 100
Oklahoma City, OK 73106

ANTHEM BLUE CROSS
PO BOX 70000
Van Nuys, CA 91470

ANTLERS AMERICA
PO BOX 578
Antlers, OK 74523

ANTLERS HARDWARE
103 N HIGH ST
Antlers, OK 74523

ANTLERS PHARMACY
PO BOX 487
Antlers, OK 74523

ANTLERS PUBLIC WORKS
100 S E 2ND STREET
Antlers, OK 74523

ANTLERS ROOF AND TRUST CO
1010 N E 5TH STREET
Antlers, OK 74523

ARMSTRONG MEDICAL INDUSTRIES
575 KNIGHTBRIDGE PARKWAY
Lincolnshire, IL 60069

ARROW MACHINERY CO
121 MARTIN LUTHER KING AVE
Oklahoma City, OK 73117

AT&T
PO BOX 105068
Atlanta, GA 30348

AT&T
PO BOX 5001
Carol Stream, IL 60197

AT&T
PO BOX 105068
Atlanta, GA 30348

AT&T
PO BOX 5001
Carol Stream, IL 60197

AT&T LONG DISTANCE
PO BOX 5017
Carol Stream, IL 60197

AT&T WIRELESS
PO BOX 537104
Atlanta, GA 30353-7104

ATCO INTERNATIONAL ATTN ACCT REC
1401 BARCLAY CIRCLE, SE
MARIETTA, GA 03006-0250

ATOKA COUNTY MEDICAL CENTER
PO BOX 1107
Atoka, OK 74525

AUREUS RADIOLOGY LLC
PO BOX 3037
Omaha, NE 68103

BANCFIRST
501 E CARL ALBERT PKWY
McAlester, OK 74501

BECKMAN COULTER INC
DEPT CH 10164
Palatine, IL 60055

BIO RAD LABORATORIES INC CLINICAL DIAG
DEPT 9740
Los Angeles, CA 90084

BIOMERIEUX VITEK INC
PO BOX 500308
Saint Louis, MO 63150

BKD LLP
6120 S YALE AVE SUITE 1400
Tulsa, OK 74136

BRENTS HEAT AND AIR
HC 83 BOX 125
Antlers, OK 74523

BRIGGS CORPORATION
PO BOX 1355
Des Moines, IA 50305

BRUMMITT AND ASSOCIATES INC
4418 MONTECELLO PLACE
Enid, OK 73703

BUDDYS PLUMBING APPLIANCE
114 E MAIN STREET
Antlers, OK 74523

BYTESPEED
3131 24TH AVE S
MOOREHEAD, MN 56560

```
C H WYATT JR
309 S RANCHWOOD BLVD
PO BOX 851220
Yukon, OK 73085

C H WYATT JR
309 S RANCHWOOD BLVD
PO BOX 851220
Yukon, OK 73085

CARDINAL HEALTH DALLAS DIVISION
PO BOX 847384
Dallas, TX 75284

CARE LEARNING
6820 DEERPATH ROAD
Elkridge, MD 21075

CAREFUSION
25146 NETWORK PLACE
Chicago, IL 60673-1250

CARESTREAM HEALTH INC
DEPT CH 19286
Palatine, IL 60055

CARQUEST AUTO PARTS
604 EAST MAIN
Antlers, OK 74523

CDW GOVERNMENT INC
75 REMITTANCE DRIVE SUITE 1515
Chicago, IL 60675

CECILIA SUTTERFIELD PERSONAL REP
CO JON ED BROWN
102 WEST JACKSON STREET
Hugo, OK 74743

CENTERPOINT ENERGY SERVICES INC
PO BOX 301149
Dallas, TX 75303

CHARLOTTE MCANALLY
155 N 4325 RD
Hugo, OK 74743

CHEMSEARCH
PO BOX 971269
Dallas, TX 75397

CHOCTAW MEMORIAL HOSPITAL
1405 EAST KIRK
Hugo, OK 74743
```

CLIA LABORATORY PROGRAM
PO BOX 530882
Atlanta, GA 30353

CNA SURETY
PO BOX 802876
600, IL 60680

COBRA ONE
1350 SOUTH BOULDER SUITE 300
Tulsa, OK 74119

COMPLIANCE CONSULTANTS
67 EARNHARDT CIRCLE
Cabot, AR 72023

CONNER AND WINTERS LLP
400 ONE WILLIAMS CENTER
Tulsa, OK 74172

COOK MEDICAL INC
22988 NETWORK PLACE
Chicago, IL 60673

COOPER SURGICAL
PO BOX 712280
Cincinnati, OH 45271

CPSI
6600 WALL STREET
Mobile, AL 36695

CROWE AND DUNLEVY
324 N ROBINSON AVE STE 100
Oklahoma City, OK 73102

DANIEL O ROWLAND
1201 E JACKSON
Hugo, OK 74743

DANWELL COMPANIES
PO BOX 5304
Durant, OK 74702

DELTA DENTAL
PO BOX 960020
Oklahoma City, OK 73196

DEYTA
7400 NEW LAGRANGE ROAD SUITE 200
Louisville, KY 40222

DIAGNOSTIC IMAGING ASSOC
4500 S GARNETT STE 919
Tulsa, OK 74146

DIAGNOSTIC IMAGING ASSOCIATES INC
PO BOX 973038
Dallas, TX 75397

DIRECT SUPPLY
BOX 88201
Milwaukee, WI 53288

DJO LLC
PO BOX 650777
Dallas, TX 75265

DURANT ANESTHESIA ASSOC
PO BOX 5125
Durant, OK 74702

EDWARD SLOAN AND ASSOCIATES
PO BOX 788
Winnsboro, TX 75494

EDWIN FRENCH ELLIS
PO BOX 277
Antlers, OK 74523

ELECTRONIC DICTATION OF TULSA INC
9717 E 42ND ST STE 142
Tulsa, OK 74146

ELI SARFATY
1 NORTH SHERRI LANE
Wesley Hills, NY 10977

EMPLOYEES GROUP INSURANCE
PO BOX 269022
Oklahoma City, OK 73126

ESOLUTIONS INC CO BESSENDACHER COMM
PO BOX 480108
Kansas City, MO 64148

ESTATE OF PHILLIP CHAMBERS
CO JON ED BROWN
102 WEST JACKSON STREET
Hugo, OK 74743

ESTES EXPRESS LINES
PO BOX 25612
Richmond, VA 23260

ETHEL M HAUGEN
2128 N 14TH STREET 1
BOX 267
Ponca City, OK 74601

FARM BUREAU MUTUAL INSURANCE COMPANY
BOX 53332
Oklahoma City, OK 73152

FASTHEALTH CORPORATION
1001 23RD AVE SUITE C
Tuscaloosa, AL 35401

FEDEX
PO BOX 660481
Dallas, TX 75266

FIRST INSURANCE AN AFFILIATE OF FIRST BA
PO BOX 960
ATOKA, OK 74525

FIRSTBANK ANTLERS
PO BOX 458
Antlers, OK 74523

FIRSTBANK ANTLERS
PO BOX 458
Antlers, OK 74523

FIRSTBANK ATOKA
701 S MISSISSIPPI
Atoka, OK 74525

FISHER HEALTHCARE ACCT 5151710001
PO BOX 404705
Atlanta, GA 30384-4000

FIVE STAR OFFICE SUPPLY
127 W MAIN
Durant, OK 74701

GCX CORPORATION
PO BOX 1410
Suisun City, CA 94585

GE HEALTHCARE
PO BOX 641419
Pittsburgh, PA 15264

GE MEDICAL SYSTEMS
PO BOX 843553
Dallas, TX 75284

GE MEDICAL SYSTEMS
5517 COLLECTIONS CENTER DR
Chicago, IL 60693

GLOBAL EQUIPMENT CO
PO BOX 905713
Charlotte, NC 28290

GLOBAL GOVT ED SYX SERVICES
PO BOX 442949
Miami, FL 33144

GRIFFIN COMMUNICATIONS
PO BOX 160
Point, TX 75472

HEALTHCARE FIRST
PO BOX 202975
Dallas, TX 75320

HEALTHCARE LOGISTICS
PO BOX 400
Circleville, OH 43113

HEARTLAND PATHOLOGY CONSULTANT
PO BOX 26343
Oklahoma City, OK 73126

HILL ROM
PO BOX 643592
Pittsburgh, PA 15264

HMS HEALTH LLC
740 SPIRIT 40 PARK DRIVE
Chesterfield, MO 63005

HOSPIRA WORLDWIDE INC
75 REMITTANCE DRIVE SUITE 6136
Chicago, IL 60675

INTERBANK

INTERNAL REVENUE SERVICE
PO BOX 37941
Hartford, CT 06176-7941

IPFS CORPORATION
PO BOX 730223
Dallas, TX 75373-0223

JASON MARONEY
PO BOX 175
Finley, OK 74543

JASON MCCART
101 PARK AVENUE
SUITE 1010
Oklahoma City, OK 73102

JASON MCCART
101 PARK AVENUE
SUITE 1010
Oklahoma City, OK 73102

JETSCRIBE SOUTHEASTERN RADIO
215 E CHOCTAW STE 103
McAlester, OK 74501

JOHNSON & JOHNSON HEALTH CARE SYSTEMS
5972 COLLECTIONS CTR DR
Chicago, IL 60693

KANION JONES
413 S DOK RD
Lane, OK 74555

LABCORP
PO BOX 12140
Burlington, NC 27216-2140

LABORATORY SUPPLY CO
1951 BISHOP LANE
SUITE 300
Louisville, KY 40218

LANDAUER INC
PO BOX 809051
Chicago, IL 60680-9051

LEGACY THERAPY
RT 1 BOX 1330
Antlers, OK 74523

MAILFINANCE
25881 NETWORK PLACE
Chicago, IL 60673-1258

MAINE STANDARDS
765 ROOSEVELT TRAIL
SUITE 9A
Windham, ME 04062

MARK R REENTS - SPECTRON CORP
5416 S YALE AVE
SUITE 600
Tulsa, OK 74135

MCALESTER NEWS CAPITAL
PO BOX 987
McAlester, OK 74502

MED TECH SOLUTIONS
1116 S 129 EAST AVENUE
Tulsa, OK 74108

```
MEDISCRIBES INC
12806 TOWNEPARK WAY
Louisville, KY 40243

MEDIVATORS INC
14605 28TH AVENUE NORTH
Minneapolis, MN 55447-4822

MEDLINE INDUSTRIES
DEPT 1080
PO BOX 121080
Dallas, TX 75312-1080

METROPOLITAN TELECOMMUNICATION
PO BOX 9660
Manchester, NH 03108-9660

MICHAEL B EARLS & KRISTINA
PO BOX 1033
JENKS, OK 74137

MILLER OFFICE EQUIPMENT
900 E WYANDOTTE
McAlester, OK 74501

MINDRAY DS US INC
ATTN ELLIOT SILVER
190 SYLVAN AVENUE
Englewood Cliffs, NJ 07632

MUTUAL OF OMAHA - POLICYHOLDER SERVICE
PO BOX 2147
Omaha, NE 68103-2147

MYHEALTH ACCESS NETWORK
ATTN DENISE DENNIS
16 E 16 STREET
SUITE 405
Tulsa, OK 74119

NATIONAL ASSOCIATION OF CPSI CLIENTS INC
REESE BAKER
520 WEST GUM STREET
Marion, KY 42064

NATIONAL RESEARCH CORP
PO BOX 809030
Chicago, IL 60680-9030

NEOPOST USA INC
25880 NETWORK PLACE
Chicago, IL 60673-1258
```

```
NETWORK SERVICES COMPANY
LOCKBOX 231805
1805 MOMENTUM PLACE
Chicago, IL 60689-5318

NUMED INC
PO BOX 1098
Denton, TX 76202

OFFICE EQUIPMENT CENTER
PO BOX 1246
Paris, TX 75461-1246

OHLIN SALES INC.
6024 CULLIGAN WAY
Minnetonka, MN 55345

OK EMPLOYMENT SECURITY COMMISSION
PO BOX 52004
Oklahoma City, OK 73152-2004

OK HEALTH CARE ASSOCIATION
PREMIUM LOCK BOX
PO BOX 2038
Oklahoma City, OK 73101

OK STATE DEPT OF HEALTH
ATTN FINANCIAL MGMT-RECEIPTING UNIT
PO BOX 268823
Oklahoma City, OK 73126-8816

OKLAHOMA ASSOC OF HEALTH CARE
200 NE 28TH
Oklahoma City, OK 73105

OKLAHOMA BLOOD INSTITUTE
DEPT 96 0115
Oklahoma City, OK 73196-0115

OKLAHOMA DEPT OF LABOR
3017 N STILES SUITE 100
Oklahoma City, OK 73105

OKLAHOMA HOSPITAL ASSOCIATION
DEPT 96 0298
Oklahoma City, OK 73196-0298

OKLAHOMA LABOR LAW POSTER SERV
5830 NW EXPRESSWAY NO. 211
Oklahoma City, OK 73132-5239

OKLAHOMA NATURAL GAS
ATTN DT O
PO BOX 401
Oklahoma City, OK 73101
```

OLYMPUS AMERICA INC
3500 CORPORATE PARKWAY
Center Valley, PA 18034

OLYMPUS FINANCIAL SERVICE
PO BOX 200183
Pittsburgh, PA 15251-0183

OLYMPUS MEDICAL
5900 FIRST SO
Seattle, WA 98108

OPTIMUM ENERGY SOLUTIONS INC
PO BOX 23678
Oklahoma City, OK 73123

OPTUM
PO BOX 88050
Chicago, IL 60680-1050

OPTUMINSIGHT
BOX 88227
Milwaukee, WI 53288-0227

ORTHO CLINICAL DIAGNOSTIC
LOCK BOX 10
PO BOX 406663
Atlanta, GA 30384-6663

OWENS & MINOR
PO BOX 841420
Dallas, TX 75284-1420

OZARKA WATER
217 NORTH HIGH STREET
Antlers, OK 74523

PACIFIC MEDICAL LLC
REPAIRS AND EQUIPMENT
32981 CALLE PERFACTO
San Juan Capistrano, CA 92675

PAGE PLUS
10222 E 41ST STREET
Tulsa, OK 74146

PANSONIC NORTH AMERICA
1300 MICHEAL DRIVE
SUITE A
Wood Dale, IL 60191

PARTS SOURCE
777 LENA DRIVE
Aurora, OH 44202

PENDERGRAPH SYSTEMS INC.
6916 E 12TH STREET
Tulsa, OK 74112

PHYSICIAN SALES & SERVICES
3125 N GREAT SOUTHWEST PARKWAY
SUITE 200
Grand Prairie, TX 75050

PRECISION DYNAMICS CORP
4193 SOLUTIONS CENTER
CHICAGO, IL 60677-4001

PRUETT'S CUT RATE PHARMACY
906 E MAIN STREET
ANTLERS, OK 74523

PRUETT'S FOOD STORE
1002 E MAIN
Antlers, OK 74523

PTR HEALTHCARE MANAGEMENT SOLUTIONS, LLC
261 WEST HWY 3
Atoka, OK 74525

PUBLIC SERVICE COMPANY OF OKLAHOMA
PO BOX 24421
Canton, OH 44701-4421

PUSHMATAHA COUNTY CHAMBER OF COMMERCE
PO BOX 25
Atoka, OK 74525

PUSHMATAHA COUNTY HEALTH DEPT
318 WEST MAIN STREET
Antlers, OK 74523

PUSHMATAHA FAMILY MEDICAL
1020 LAWSON BLVD
Clayton, OK 74536

PUSHMATAHA HOSPITAL
510 E MAIN STREET
Antlers, OK 74523

QUALITY RX CONSULTING
PO BOX 1184
Atoka, OK 74525

REBECCA J PRICE
515 HAMILTON STREET
SUITE 502
Allentown, PA 18101

RELIANT MEDICAL SERVICES
2620 W 15TH COURT
Pompano Beach, FL 33069

RESOURCE ONE
PO BOX 4830
Tulsa, OK 74159-4830

RICHIE BLEVINS
PO BOX 556
Antlers, OK 74523

ROBERT LUTTRELL III
211 N ROBINSON
SUITE 1000
TWO LEADERSHIP SQUARE 10TH FLOOR
Oklahoma City, OK 73102

ROBERT LUTTRELL III
211 N ROBINSON
SUITE 1000
TWO LEADERSHIP SQUARE 10TH FLOOR
Oklahoma City, OK 73102

ROWLAND FLATT CLINIC
603 NE 2ND STREET
Antlers, OK 74523

SHRED IT
PO BOX 731238
Dallas, TX 75373-1238

SIMPLEX GRINNELL LP
DEPT CH 10320
Palatine, IL 60055-0320

SMITH MEDICAL EQUIPMENT INC
2014 HIDDEN PARK ROAD
FORT SMITH, AR 72916

SOUTHEASTERN EMERGENCY SERVICE
1201 E JACKSON
Hugo, OK 74743

SOUTHWEST TEST & BALANCE
200 NW 132ND STREET
Oklahoma City, OK 73114

SPECTRON CORPORATION
FOX PLAZA SUITE 650
5416 SOUTH YALE
Tulsa, OK 74135-6244

SSM HEALTHCARE OF OKLAHOMA INC
7106 SOLUTION CENTER
Chicago, IL 60677-7001

STAMPER PERRIN PLLC
PO BOX 100
Antlers, OK 74523

STAPLES ADVANTAGE
PO BOX 71217
Chicago, IL 60694-1217

STERICYCLE INC
PO BOX 6575
Carol Stream, IL 60197-6575

STRYKER ENDOSCOPY SUPPLIES
STRYKER SALES CORPORATION
PO BOX 93276
Chicago, IL 60673

TEXASIA CORPORATION
PO BOX 1443
Atoka, OK 74525

THE AUTO PARTS STORE
118 EAST MAIN
ANTLERS, OK 74523

THE DALLAS MARKETING GROUP
12221 MERIT DRIVE
SUITE 850
Dallas, TX 75251

THE HARTFORD
PO BOX 660916
Dallas, TX 75266-0916

THE PHONE SPECIALIST
24084 NCR 3387
Stratford, OK 74872

TIPPS ELECTRICAL SERVICES
PO BOX 237
Antlers, OK 74523

TOUCHSTONE COMMUNICATIONS
PO BOX 27772
Newark, NJ 07101-7772

TRANE US INC
PO BOX 845053
Dallas, TX 75284-5053

UNIVERSAL LICENSING SE
4401 A CONNETICUT AVE NW
NO 232
Washington, DC 20008-2358

UPS
SYNTER RESOURCE GROUP LLC
PO BOX 63247
North Charleston, SC 29419-3247

US ENDOSCOPY
5976 HEISLEY ROAD
Mentor, OH 44060

US FOODSERVICE
OKLAHOMA DIVISION
PO BOX 973118
Dallas, TX 75397-3118

USDA

WELLS FARGO FINANCIAL LEASING
PO BOX 6434
Carol Stream, IL 60197-6434

WERFEN USA LLC
PO BOX 347934
Pittsburgh, PA 15251-4934

WINDSTREAM COMMUNICATIONS
PO BOX 9001950
Louisville, KY 40290-1950

ZEP MANUFACTURING COMPANY
PO BOX 841508
Dallas, TX 75284-1508