# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

PUSHMATAHA COUNTY – CITY OF ANTLERS HOSPITAL AUTHORITY,

Debtor.

Case No. 16-81001
(Chapter 9)

## THIRD NOTICE OF CONTINUATION OF STIPULATION AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

Pushmataha County – City of Antlers Hospital Authority ("Debtor"), InterBank, the United States of America, acting through the United States Department of Agriculture Rural Housing Service ("RHS"), and FirstBank, hereby provide their third notice of continuation of *Stipulation Authorizing Debtor's Use of "Cash Collateral" and Granting Adequate Protection* [Related to Dkt. #46].

1. On October 21, 2016, Debtor filed its *Motion for Order Approving Stipulation Authorizing Debtor's Use of "Cash Collateral" and Granting Adequate Protection, with Brief* (the "Stipulation") [Dkt. #24].

2. On November 30, 2016, the Court entered its *Order Granting Debtor's Motion for an Order Approving Stipulation Authorizing Debtor's Use of "Cash Collateral" and Granting Adequate Protection* [Dkt. # 46].

3. In the Court's November 30, 2016, it was ordered the Stipulation "may be continued, either by a definite period or indefinitely as the parties may agree, by the filing of a 'Notice of Continuation.'"

4. The parties hereby provide the Court with Notice of Continuation, whereby the parties have agreed to extend the Stipulation until April 30, 2018.

5. The Stipulation and all terms and agreements therein are hereby extended until April 30, 2018.

| | |
|---|---|
| /s/ Jeffrey E. Tate<br>J. Clay Christensen (OBA # 11789)<br>Jeffrey E. Tate (OBA #17150)<br>Christensen Law Group, P.L.L.C.<br>The Parkway Building<br>3401 N.W. 63rd Street, Suite 600<br>Oklahoma City, Oklahoma 73116<br>(405) 232-2020<br>(405) 236-1012 (facsimile)<br>clay@christensenlawgroup.com<br>jeffrey@christensenlawgroup.com<br>ATTORNEYS FOR DEBTOR | s/ Steven W. Bugg<br>Steven W. Bugg, OBA #1299<br>McAfee & Taft, A Professional Corporation<br>10th Fl., Two Leadership Square<br>211 North Robinson<br>Oklahoma City, Oklahoma 73102<br>Telephone: 405/552-2216<br>Facsimile: 405/235-0439<br>Email: steven.bugg@mcafeetaft.com<br>Attorneys for InterBank |
| MARK F. GREEN<br>United States Attorney | |
| s/ Cheryl R. Triplett<br>CHERYL R. TRIPLETT, OBA #15282<br>Assistant United States Attorney<br>520 Denison Avenue<br>Muskogee, OK 74401<br>(918) 684-5111<br>(918) 684-5130<br>Cheryl.Triplett@usdoj.gov<br><br>Attorneys for Rural Housing Service, an agency of the United States of America | s/ Larry G. Ball<br>Larry G. Ball, OBA #12205<br>**HALL, ESTILL, HARDWICK,**<br>**GABLE, GOLDEN & NELSON, P.C.**<br>100 North Broadway, Suite 2900<br>Oklahoma City, OK 73102-8865<br>Telephone (405) 553-2828<br>Facsimile (405) 553-2855<br>Email lball@hallestill.com<br>**ATTORNEYS FOR CREDITOR,**<br>**FIRST BANK** |