UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: )
)
PUSHMATAHA COUNTY – CITY OF ANTLERS )
HOSPITAL AUTHORITY, ) Case No. 16-81001
) Chapter 9
Debtor. )

## APPLICATION FOR PAYMENT OF THE IRS ADMINISTRATIVE PROOF OF CLAIM

**COMES NOW** the United States of America on behalf of the Internal Revenue Service, (IRS) and files this Application for payment of the IRS administrative tax liability as set forth in its Second Amended Proof of Claim and would show as follows:

1. On February 5, 2020, IRS timely filed a Second Amended Proof of Claim for administrative taxes in the amount of $83,636.15 in the above styled matter. (Claim #30) 11 U.S.C. §503(a). The claim for payment of administrative taxes is in addition to the IRS' pre-petition proof of claim, filed on January 13, 2017 as number 12-2.

2. Title 11, §503(b) (1) (B) provides that after notice and a hearing, there shall be allowed administrative expenses for taxes.

**WHEREFORE,** the United States, on behalf of IRS, requests that this Court set this matter for hearing to allow that the administrative expenses as set forth in the IRS Second Amended Proof of Claim be paid.

BRIAN J. KUESTER
United States Attorney

*/s/ Cheryl R. Triplett*
Cheryl R. Triplett, OBA #15282
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
Tel: (918) 684-5111
Fax: (918) 684-5130
cheryl.triplett@usdoj.gov

# CERTIFICATE OF SERVICE

      I hereby certify that on February 10, 2020, I filed the foregoing pleading electronically through the CM/ECF System which caused the following parties to be served by electronic means: Jeffrey E. Tate, Attorney for Debtor, Jeffrey@christensenlawgroup.com.

      *s/ Cheryl R. Triplett*
      CHERYL R. TRIPLETT
      Assistant U.S. Attorney