IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | Case No. Case No. 16-81001 |
| ) | Chapter 9 |
| PUSHMATAHA COUNTY – CITY OF ) | |
| ANTLERS HOSPITAL AUTHORITY, ) | |
| ) | |
| Debtor. ) | |
| ) | |

**UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE MOVE WITH RESPECT TO THE DEBTOR'S COMBINED (1) OBJECTION TO THE APPLICATION FOR PAYMENT OF THE IRS ADMINISTRATIVE PROOF OF CLAIM [ECF NO. 235], AND (2) OBJECTION TO PROOF OF CLAIM [CLAIM NO. 30]**

The United States respectfully moves, pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, for an additional 60 days to answer, or otherwise move, with respect to debtor's combined objection (ECF No. 245).[1] **Opposing counsel consents to this request**. This motion is the third request for an extension of this deadline, and the basis for this request is set forth below.

1. Debtor Pushmataha County – City of Antlers Hospital filed a combined (1) objection to the application of payment of the IRS administrative claim (ECF No. 235) and (2) objection to proof of claim (Claim No. 30) on March 2, 2020 (ECF. No. 245).

2. The United States' answer or other response is due on or before Monday, June 15, 2020 (ECF No. 250).

3. The United States respectfully requests an additional 60 days (or until August 14, 2020) to respond or otherwise move with respect to the debtor's combined objection. Good cause for the requested extension exists: Counsel for the United States has been working with counsel

---

[1] There is a status conference on this matter scheduled for August 12, 2020 (ECF No. 253). In this motion, the United States is not requesting a continuance of that conference.

for Pushmataha County to informally resolve the objection to claim prior to having to respond. Pushmataha County has agreed to provide certain documents and information to the United States in an effort to resolve this case. The United States has not yet received these documents, but has been in consistent contact with counsel for Pushmataha County and expects to receive the documents soon. Counsel for Pushmataha County represented that the County has been delayed in providing these documents because of the Covid-19 pandemic and other related issues.

4. In analyzing a motion for extension of time under Rule 6(b) of the Federal Rules of Civil Procedure, which is the analog to Bankruptcy Rule 9006, see Kontrick v. Ryan, 540 U.S. 443, 546 n.10 (2004), the Ninth Circuit has held that "requests for extensions of time made before the applicable deadline has passed should 'normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" Ahanchian v. Xenon Pictures, Inc., 624 F.3d 1253, 1259 (9th Cir. 2010) (alteration in original) (quoting 4B Wright & Miller, Federal Practice and Procedure § 1165 (3d ed. 2004)). Similarly, a prominent authority on bankruptcy procedure has stated that courts should liberally grant extensions of time sought before the period to act has elapsed so long as "the moving party has not been guilty of negligence or bad faith and the privilege of extensions has not been abused." 10 Collier on Bankruptcy ¶ 9006.06 (Alan N. Resnick & Henry J. Sommer eds., 16th ed. 2015).

5. Because the United States is working with Pushmataha County to informally resolve this matter and because the United States is waiting to receive documents from the County, the United States requests an additional 60 days to respond, on or before August 14, 2020.

6. In addition, the requested extension of time will not prejudice any party.

7. Opposing counsel consents to our request for enlargement of time to answer or otherwise move with respect to the debtor's combined objection.

For these reasons, good cause exists for granting this request for enlargement of time.

WHEREFORE, the United States respectfully requests that this Court grant this motion for enlargement of time to answer, or otherwise move, with respect to the debtor's combined objection, until August 14, 2020.

Respectfully submitted,

Dated: June 11, 2020

BRIAN J. KUESTER
United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Samuel Peter Robins
SAMUEL PETER ROBINS
Trial Attorney, Tax Division
WI Bar No. 1094149
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
202-307-0668 (v)
202-514-6770 (f)
Samuel.P.Robins@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

                                                   /s/ Samuel Peter Robins
                                                   SAMUEL PETER ROBINS
                                                   Trial Attorney, Tax Division