UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 16−81001**
**Chapter: 9**

**FILED**
Sep. 14, 2020
Patrick Keaney, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  Pushmataha County − City of Antlers Hospital
  Authority
  510 East Main Street
  Antlers, OK 74523

Social Security No.:

Employer's Tax I.D. No.:
  73−6069650

MINUTE ENTRY continuing the Telephonic Status Conference previously set 9/16/20 at 9:00 a.m. to 11/18/2020 at 9:00 AM. Telephonic hearing Call in Number 888.684.8852 Access Code 8488521. Security Code 1347. (Corley, Cheryl)

Dated: September 14, 2020

**Patrick Keaney, Clerk**
**U.S. Bankruptcy Court**